UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL CADILLAC, INC., | ) | |
| | ) | |
| Appellant, | ) | 1:04-cv-6511 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| ALLSTATE INSURANCE CO., | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation of the parties, this matter is dismissed with prejudice in it entirety, with each party to bear its own costs and attorneys fees.

Dated: August 24, 2005          /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge

1